UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:20-cv-2253-Orl-78DCI

DAVID POSCHMANN,

        Plaintiff,

v.

EAST INDIA TRADING CO., INC.,

        Defendant.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, by and through his undersigned counsel, hereby informs the Court that this action has been resolved.

    Dated: January 26, 2021

                                    s/Drew M. Levitt
                                    DREW M. LEVITT
                                    drewmlevitt@gmail.com
                                    Florida Bar No. 782246
                                    LEE D. SARKIN, ESQ.
                                    Lsarkin@aol.com
                                    Florida Bar No. 962848
                                    4700 N.W. Boca Raton Blvd., Ste. 302
                                    Boca Raton, Florida 33431
                                    Telephone (561) 994-6922
                                    Attorneys for Plaintiff